**Ida Zuckerman, appellee, v. Morris Jacobson, appellant. Gen. No. 23,889.**

Forcible entry and detainer against gratuitous occupant of premises. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles N. Goodnow, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed December 24, 1918.

M. M. Jacobs, for appellant. Jonas O. Hoover, for appellee.

Mr. Presiding Justice McDonald delivered the opinion of the court.

---

**City of Chicago, defendant in error, v. Charles E. Kellogg, plaintiff in error. Gen. No. 24,007.**

Action to recover penalty for maintaining a disorderly house. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed December 24, 1918.

Louis A. Heile, for plaintiff in error. Samuel A. Ettelson and Harry B. Miller, for defendant in error; Daniel Webster, of counsel.

Mr. Presiding Justice McDonald delivered the opinion of the court.

---

**Hattie Ahlander, appellee, v. Hildor Ahlander, appellant. Gen. No. 24,046.**

Bill for divorce on ground of cruelty. Decree for complainant, with alimony. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed December 24, 1918. *Certiorari* denied by Supreme Court (making opinion final).

Ernest Saunders, for appellant. Sonnenschein, Berkson & Lautmann, for appellee.

Mr. Presiding Justice McDonald delivered the opinion of the court.

---

**Yetta Miller, appellee, v. David L. Golden et al., on appeal of Beverly A. Clark, appellant. Gen. No. 24,386.**

Order appointing a receiver upon foreclosure of a trust deed. Appeal from the Circuit Court of Cook county; the Hon. Oscar M. Torrison, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed December 24, 1918. Rehearing denied and additional opinion on rehearing filed January 9, 1919.

James N. Tilton, for appellant; William Slack, of counsel. Lewis & Lewis, for appellee; G. Fred Rush, of counsel.

Mr. Presiding Justice McDonald delivered the opinion of the court.